Liza M. Walsh
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068-1765
(973) 535-0500
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABRAHAM I. KOZMA, P.A. d/b/a THE CHIROPRACTIC AND ACUPUNCTURE CENTER OF SARASOTA, individually and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AETNA HEALTH INC. PA, CORP.; AETNA HEALTH MANAGEMENT, LLC; AETNA LIFE INSURANCE COMPANY; AETNA HEALTH and LIFE INSURANCE COMPANY; AETNA HEALTH INC. and AETNA INSURANCE COMPANY OF CONNECTICUT,<br><br>Defendants. | Civil Action No. 09-1972 (FSH/PS)<br><br>STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE MOVE<br><br>*FILED ELECTRONICALLY* |

IT IS HEREBY STIPULATED and AGREED by and between the attorneys for plaintiff, Abraham I. Kozma, P.A. d/b/a The Chiropractic and Acupuncture Center of Sarasota, and the attorneys for defendants, Aetna Health Inc., PA, Corp., Aetna Health Management, LLC, Aetna Life Ins. Co., Aetna Health and Life Ins. Co., Aetna Health Inc. and Aetna Ins. Co. of Connecticut (collectively, "Aetna"), that the time within which Aetna may file and serve a responsive pleading to the Complaint is extended for 45 days until July 5, 2009.

2148743-01

CONNELL FOLEY LLP
Attorneys for Defendants

By: Liza M. Walsh

TRUJILLO RODRIGUEZ & RICHARDS, LLC
Attorneys for Plaintiff

By: Lisa J. Rodriguez

SO ORDERED: This 18th day of May, 2009

Hon. Patty Shwartz, U.S.M.J.