<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AETNA UCR LITIGATION | : MDL No. 2020 |
| | : |
| | : **<u>ORDER</u>** |
| | : |
| | : Date: May 20, 2009 |
| | : |
| MICHELE COOPER, *et al.*, | : |
| | : |
| Plaintiffs, | : Civil Action No. 07-3541 (FSH) |
| v. | : |
| | : |
| AETNA HEALTH INC. PA, *et al.*, | : |
| | : |
| Defendants. | : |
| | : |
| JOHN SENEY, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| v. | : |
| | : |
| AETNA HEALTH INC. PA, CORP., *et al.*, | : Civil Action No. 09-468 (FSH) |
| | : |
| Defendants. | : |
| | : |
| AMERICAN MEDICAL ASSOCIATION, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| v. | : |
| | : Civil Action No. 09-579 (FSH) |
| AETNA HEALTH INC. PA, CORP., *et al.*, | : |
| | : |
| Defendants. | : |

```
_____  :
KATHY TISKO, P.T., et al.,                 :
                                           :
            Plaintiffs,                    :
      v.                                   : Civil Action No. 09-1577 (FSH)
                                           :
AETNA HEALTH INC. PA, CORP., et al.,       :
                                           :
            Defendants.                    :
_____  :
ABRAHAM I. KOZMA, P.A.,                     :
                                           :
            Plaintiffs,                    :
      v.                                   : Civil Action No. 09-1972 (FSH)
                                           :
AETNA HEALTH INC. PA, CORP., et al.,       :
                                           :
            Defendants.                    :
_____  :
                                           :
JEFFREY M. WEINTRAUB,                       :
                                           :
            Plaintiffs,                    :
      v.                                   : Civil Action No. 09-2027 (FSH)
                                           :
INGENIX, INC., UNITEDHEALTH GROUP, INC.,   :
and AETNA, INC., et al.,                    :
                                           :
            Defendants.                    :
_____  ::
```

**HOCHBERG, District Judge:**

This matter comes before the Court upon the parties' proposed Case Management Order No. 1 ("Case Management Order") [*Cooper* Docket No. 197-2]; and

it stating on page 14 of the Case Management Order that "[t]he Plaintiffs' Position is that where discovery is on-going and must be completed for trial, under the law of the Third Circuit, having a deadline for class certification discovery . . . creates more issues than it resolves and should not be in this Order;"

**IT IS** on this 20th day of May 2009,

**ORDERED** that **by May 26, 2009** Plaintiffs shall provide the Court with legal citations supporting their assertion that "under the law of the Third Circuit," deadlines for class certification discovery should not be included in the Case Management Order; and it is further

**ORDERED** that, hereafter, all legal propositions made in applications to the Court must be supported by citations to relevant legal authorities.

**/s/ Faith S. Hochberg**
Hon. Faith S. Hochberg, U.S.D.J.